SCANNED at LSP and Emailed
7-15-25 by JB, 12 pages
date initials No.

RECEIVED
JUL 15 2025
Legal Programs Department

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DOCKET NO.

WESLEY SINCLAIR RICKS, 499599
AFRICAN AMERICAN MALE - PLAINTIFF / ATTORNEY PROSE
V.
GARY WESTCOTT, SECRETARY OF LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; DARRYL VANNOY, HEAD WARDEN OF LOUISIANA STATE PENITENTIARY; ZANE TUBBS, SHERIFF OF MOREHOUSE PARISH, LOUISIANA; JOHN SPIRES, DISTRICT ATTORNEY OF MOREHOUSE PARISH, LOUISIANA AND OTHERS NOT KNOWN - DEFENDANTS

COMPLAINT UNDER 42 U.S.C.A. SECTION 1983

STATEMENT OF FACTS: FROM APRIL 28. 2014 TO APRIL 28. 2024 THE PLAINTIFF, WESLEY S. RICKS, 499599 SERVED A TEN-YEAR SENTENCE FOR LOUISIANA REVISED STATUTES 14:93 CRUELTY TO JUVENILES UPON A.C. DATE OF BIRTH: MAY 5. 1999 IN THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS AT ("LOUISIANA STATE PENITENTIARY") IN ANGOLA, LOUISIANA 70712. SEE: EXHIBITS A, B, C, D. ATTACH; STATE V. RICKS, 194 SO. 3D 614 (LA. APP. 2 CIR. JANUARY 14. 2015).

BY LOUISIANA STATE LAW. A PERSON MAY NOT BE CHARGED AND TRIED IN THE SAME INDICTMENT FOR LOUISIANA REVISED STATUTES 14:93 CRUELTY TO JUVENILES, AND LOUISIANA REVISED STATUTES 14:42(A)(4) FIRST DEGREE RAPE AS THE TWO OFFENSES

CALL FOR A DIFFRENT MODE OF TRIAL. SEE; STATE V. MCZEAL, 352 SO. 2D 592 (LA. 1977); STATE V. BOUDREAUX, App. 5 CIR. 1987, 504 SO. 2D 1165; LOUISIANA CONSTITUTION OF 1974 ARTICLE 1, SECTIONS 13. 15. 17; LOUISIANA CODE OF CRIMINAL PROCEDURE ARTICLES 493, 382, 782, 706. 892.

PLAINTIFF CLAIMS THAT HE IS ENTITLED TO MONETARY DAMAGES OF $400,000 FOR WRONGFUL IMPRISONMENT, EMOTIONAL DISTRESS, CRUEL AND UNUSUAL PUNISHMENTS AS WELL AS OTHER LOSSES (ONE TIME EVENT(S))

THE BILL OF INDICTMENT FAILS TO CHARGE LOUISIANA REVISED STATUTES 14:93 CRUELTY TO JUVENILES AGAINST THE PLAINTIFF THEREFORE DEFENDANTS' NEGLIGENT CAUSED PLAINTIFF'S WRONGFUL IMPRISONMENT ETC.

PRAYER FOR RELIEF: PLAINTIFF WANTS $400,000 AND ANY OTHER RELIEF HE IS ENTITLED TO BY LAW, REGARDING THE TEN-YEAR SENTENCE FOR LOUISIANA REVISED STATUTES 14:93 CRUELTY TO JUVENILES UPON A.C. DATE OF BIRTH: MAY 5. 1999.

Wesley S. Ricks