UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WESLEY S. RICKS (#499599)**                                **CIVIL ACTION**

**VERSUS**

**GARY WESTCOTT, ET AL.**                                   **25-617-SDD-RLB**

## RULING

On July 24, 2025, pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), the Court determined that the plaintiff was not authorized to proceed *in forma pauperis* herein and ordered him to pay, within 21 days, the full amount of the Court's filing fee. *See* R. Doc. 2[1]. The plaintiff was placed on notice that a failure to comply with the Court's Order "shall result in the dismissal of the plaintiff's action without further notice from the Court." *Id.*

A review of the record by the Court reflects that the plaintiff has failed to pay the filing fee as ordered. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**, for failure of the plaintiff to pay the Court's filing fee. Judgment shall be entered accordingly

Signed in Baton Rouge, Louisiana, on <u>November 3, 2025</u>.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The plaintiff appealed this Order, but his appeal was dismissed for want of prosecution on October 14, 2025. *See* R. Doc. 14.